UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ILMART CHRISTOPHE,

    Plaintiff,

v.                                                Case No. 3:24cv112-LC-HTC

SGT SASSER,
OFFICER JOHN DOE,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on May 17, 2024, (ECF No. 14), recommending Christophe's Motion for Temporary Restraining Order (ECF No. 13) be denied. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 14) is adopted and incorporated by reference in this order.

2.      The Motion for Temporary Restraining Order (ECF No. 13) is DENIED.

3.      The clerk is directed to refer the case back to the Magistrate Judge for further proceedings.

**DONE AND ORDERED** this 17th day of June, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:24cv112-LC-HTC