UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ILMART CHRISTOPHE,

    Plaintiff,

v.                                          Case No. 3:24cv112-LC-HTC

SGT. DRAVEN SASSER,
OFFICER JOHN DOE,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued an Amended Report and Recommendation on August 6, 2024 (ECF No. 28), recommending this case be dismissed without prejudice because Plaintiff failed to exhaust his administrative remedies. The parties were furnished a copy of the Amended Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Amended Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Amended Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Amended Report and Recommendation (ECF No. 28) is adopted and incorporated by reference in this order.

2.  Defendant Draven Sasser's motion to dismiss (ECF No. 22) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to exhaust his administrative remedies.

3.  The clerk shall close the file and terminate all pending motions.

**DONE AND ORDERED** this 20th day of August, 2024.

      s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**